*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, PICTON
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Ruger D. STACEY**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

**No. 202500073**

————————————

Decided: 27 May 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Aran T. Walsh (arraignment)
Todd J. Gaston (trial)

Sentence adjudged 8 October 2024 by a special court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3 and a bad-conduct discharge.

For Appellant:
*Commander Daniel C. LaPenta, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.